# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel* TAYLOR SMITH, JEANNINE PREWITT, and JAMES AILES, <br><br>     Plaintiffs and Relators, <br><br>          vs. <br><br> THE BOEING COMPANY and DUCOMMUN, INC., f/k/a AHF-Ducommun, <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. 05-1073-MLB-KMH ) ) ) ) ) ) ) ) |

## PLAINTIFFS-RELATORS' MOTION TO STRIKE DECLARATION AND DEPOSITION TESTIMONY OF ROBERT EASTIN AS SUPPORT FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

NOW COME Plaintiffs-Relators ("Plaintiffs"), by their attorneys, and pursuant to FRCP 56(a)(2), move to strike the declaration and deposition of Robert Eastin as support for Boeing and Ducommun's motions for summary judgment. Those documents are inadmissible under FRE 701, 702, and 403. In support of this Motion, Plaintiffs submit the accompanying Memorandum in Support and exhibits.

WHEREFORE, Plaintiffs ask this Court to enter an Order striking the declaration and deposition of Robert Eastin as support for Defendants' motions for summary judgment.

Dated: April 12, 2013

Respectfully submitted,

s/ Corlin J. Pratt
Corlin J. Pratt, Bar No. 12213
Terry L. Unruh, Bar No. 10084
SHERWOOD, HARPER, DAKAN,
 UNRUH & PRATT, LC
833 N. Waco
P.O. Box 830

Wichita, KS 67201-0830
Telephone:  316-267-1281
Fax:  316-267-4086
E-Mail:  corlin.pratt@sherwoodharper.com
E-Mail:  terry.unruh@sherwoodharper.com

- and -

William J. Skepnek, Bar No. 10149
THE SKEPNEK LAW FIRM, P.A.
1 Westwood Road
Lawrence, KS 66044
Telephone: 785.856.3100
Fax: 785.856.3099
E-Mail:  bskepnek@skepneklaw.com

- and -

James M. Hoey, Illinois Bar No. 1233505
Michael R. Grimm, Illinois Bar No. 01062220
Dean S. Rauchwerger, Illinois Bar No. 618973
Don R. Sampen (Illinois Bar No. 2448351)
CLAUSEN MILLER PC
10 South LaSalle Street
Chicago, Illinois 60603-1098
Telephone: 312-855-1010
Fax:  312-606-7777
E-Mail:  jhoey@clausen.com
E-Mail:  mgrimm@clausen.com
E-Mail:  drauchwerger@clausen.com
E-Mail:  dsampen@clausen.com
*Attorneys for Plaintiffs and Relators*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of April, 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

| | |
|---|---|
| Jeffery A. Jordan | jjordan@foulston.com |
| James M. Armstrong | jarmstrong@foulston.com |
| Boyd A. Byers | bbyers@foulston.com |
| Steve Y. Koh | skoh@perkinscoie.com |
| Paul Graves | pgraves@perkinscoie.com |
| Thomas J. McLaughlin | TMcLaughlin@perkinscoie.com |
| Ron L. Campbell | rcampbell@fleeson.com |
| Stephen E. Robison | srobison@fleeson.com |
| Lyndon W. Vix | lvix@fleeson.com |
| Jon P. Fleenor | jon.fleenor@usdoj.gov |

      and by placing a true and correct copy in the United States mail, postage prepaid, properly addressed to the following:

      Alicia J. Bentley  
      Senior Trial Counsel  
      United States Department of Justice  
      Frauds Section, Civil Division  
      601 D Street N.W., Room 9126  
      Washington , D.C.   20004

                                            s/ Corlin J. Pratt  
                                            Corlin J. Pratt, Bar No. 12213