**EXHIBIT A**

FOULSTON SIEFKIN LLP
1551 N. Waterfront Pkwy, Suite 100
Wichita, KS  67206-4466
Telephone:  (316) 267-6371
Facsimile:  (316) 267-6345

*Attorneys for The Boeing Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA *ex rel.* TAYLOR SMITH, JEANNINE PREWITT, AND JAMES AILES,**<br><br>     **Plaintiffs and Relators,**<br><br> v.<br><br>**THE BOEING COMPANY and DUCOMMUN, INC., f/k/a AHF-Ducommun,**<br><br>     **Defendants.** | Civil Action No. 05-1073-WEB |

**DEFENDANT THE BOEING COMPANY'S THIRD SUPPLEMENTAL DISCLOSURES**

Defendant The Boeing Company supplements its initial disclosures under Federal Rule of Civil Procedure 26(a)(1).

**A. Individuals likely to have discoverable information that Boeing may use to support its claims or defenses**

In addition to those individuals Boeing identified in its initial and supplemental disclosures, or have been identified in Relators' and Ducommun's initial and supplemental disclosures or in the parties' interrogatory responses, or have been deposed, the following persons are likely to have discoverable information that Boeing may use to support its defenses in this action.

1

The following FAA employees may have knowledge regarding the government's investigation of relators' allegations:

1. Ali Bahrami

2. Robert Eastin

3. Beverly Sharkey

They may be contacted through FAA counsel:

Douglas Anderson, Esq.
FederalAviation Administration
Transport Airplane Directorate (ANM-100)
1601 Lind Avenue S.W.
Renton, WA 98057-3356
(425) 227-2166

## CERTIFICATE OF COMPLIANCE WITH RULE 26(a)(1)

The undersigned certifies, based on information reasonably available to him, that the above disclosures, made pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, are complete and correct as of the time they are made. Boeing reserves the right to supplement these disclosures as discovery progresses.

DATED:  June 16, 2010      Respectfully submitted,

              By:  *James M. Armstrong*
              FOULSTON SIEFKIN LLP
              James M. Armstrong
              Jeffery A. Jordan
              1551 N. Waterfront Pkwy, Suite 100
              Wichita, KS  67206-4466
              Telephone:  (316) 267-6371
              Facsimile:  (316) 267-6345

              PERKINS COIE LLP
              Steve Y. Koh, *pro hac vice*
              1201 Third Avenue, Suite 4800
              Seattle, WA  98101-3099
              Telephone:  206.359.8000
              Facsimile:  206.359.9000

*Attorneys for The Boeing Company*